RICHARD K. FOX, Appellant, *v.* THE RURAL HOME COMPANY (Limited), Respondent.

*Fox* v. *Rural Home Co.*, 90 Hun, 365, affirmed.
(Argued October 7, 1898; decided October 25, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the first judicial department, entered November 23, 1895, sustaining defendant's exceptions, ordered to be heard in the first instance at General Term, and granting a new trial.

*Herbert H. Walker* for appellant.

*C. A. de Gersdorff* and *Charles Steele* for respondent.

Order affirmed and judgment absolute ordered for the defendant on the stipulation, with costs, on opinion below.

All concur.

---

THOMAS W. JOHNSON, Respondent, *v.* WILLIAM H. SYNETT et al., Appellants.

*Johnson* v. *Synett*, 89 Hun, 192, affirmed.
(Submitted October 7, 1898; decided October 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered August 1, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Charles H. Noxon* for appellants.

*J. A. Young* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.